UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYKEEM NEFTALI MARTY,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>R.C. JOHNSON,<br><br>　　　　　　Respondent. | Case No. 2:22-cv-9095-WLH (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) accepting this Report and Recommendation; (2) **DENYING** the Petition; and (3) **DISMISSING** this action with prejudice.

Dated: December 18, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE