1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYKEEM NEFTALI MARTY,<br><br>                    Petitioner,<br><br>          v.<br><br>R.C. JOHNSON,<br><br>                    Respondent. | Case No. 2:22-cv-9095-WLH (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated:  December 18, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE